# United States Bankruptcy Court
## Western District of Tennessee

In re: **David Henson / Judy Henson**, Debtor(s)  
Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **David Henson** | S.S.# **xxx-xx-8166** |
| | (W) **Judy Henson** | S.S.# **xxx-xx-4240** |
| ADDRESS: | **73 Phillips Rd** | |
| | **Jackson, TN 38301** | |

PLAN PAYMENT:  Debtor(s) to pay $ **362.00 Bi-weekly PRD**
PAYROLL DEDUCTION:  OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT:  **Spouse's Employer: TAMB of Jackson Inc**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**-NONE-**   Ongoing pmt. Begin **N/A**   $ **N/A**
Approx. arrearage **N/A**   Interest **N/A** %   $ **N/A**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| Creditor | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Ally Financial** | $ **29,493.00** | **7.00** % | $ **584.00** |
| **Personal Finance** | $ **5,000.00** | **7.00** % | $ **99.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

**Capital One Bank USA NA;Capital One Bank USA NA;Capital One Bank USA NA;Cash Master;Cash Master;Check Into Cash;Check Into Cash;Collins Asset Group;Collins Asset Group;Easy Money;Grnestdeen Fry;Rushmore Service Center;Rushmore Service Center;Speedee Cash of Tennessee, Inc.;The Urology Group;**

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$7,757.24**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
**Alissa York Gay
Teel & Maroney, PLC
425 East Baltimore
Jackson, TN 38301
(731)424-3315 Fax:(731)424-3501 mf**